# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                                       Case No.

**Xiaoyong Lai**

_____ Debtor(s).  _____ /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **November 29, 2023**

/s/ Arasto Farsad
Signature of Debtor's Attorney or Pro Per Debtor

Central Valley Imaging Med. Associates
P.O. Box 1259, Dept #165957
Oaks, PA 19456


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850


Costco Citi Card
Attn: Bankruptcy
Po Box 6500
Sioux Falls, SD 57117


Elevate
25700 I-45 N,, Suite 300
Woodlands, TX 77386


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952


HRRG
P.O. Box 8486
Coral Springs, FL 33075


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Qingsong Lai and Rong Zhang
3240 S. White Road, #164
San Jose, CA 95148

Regional Medical Center of San Jose
225 N. Jackson Avenue
San Jose, CA 95116


U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416


U.S. Small Business Administration
Attn: District Counsel, Suite 600
San Francisco, CA 94105


Wen Fang Wang, Frank Moore and
Michelle Melen
c/o Frank S. Moore, Esq.
235 Montgomery Street, Suite 440
San Francisco, CA 94104